Kenneth A. Bryant, Esq., SBN: 32081
Michael P. Bryant, Esq., SBN: 173440
BRYANT & BRYANT
505 N. Tustin Ave., Ste. 104
Santa Ana, CA 92705
Tel: (714) 558-788
Fax: (714) 542-4989

**Attorneys for Defendant/Cross-Complainants**
**BIPIN GALA, NAINA GALA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BIPIN GALA; NAINA GALA; SUNG BOK CHOI; and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> BIPIN GALA, and NAINA GALA, <br><br> Cross-Complainants, <br><br> vs. <br><br> RAFAEL ARROYO, JR., and ROES 1-10, Inclusive, <br><br> Cross-Defendants | CASE NO. 2:19-cv-04703 <br><br> **NOTICE OF DISMISSAL OF CROSS-CLAIM OF BIPIN GALA, NAINA GALA AND SUNG BOK CHOI PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE:

This action is dismissed by the Cross-Claimants of Bipin Gala, Naina Gala and Sung Bok Choi.

The Dismissal is made pursuant to F.R. Civ. P. 41(a) or (c).

Dated: July 24, 2019

BRYANT & BRYANT

By: _____
Jerome D. Stark, Attorney for
Cross-Claimants BIPIN GALA,
NAINA GALA and SUNG BOK CHOI

**PROOF OF SERVICE [1013a, 2015.5 C.C.P.]**

STATE OF CALIFORNIA )
                               ) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 505 N. Tustin Ave., Ste. 104, Santa Ana, CA 92705.

On **July 24, 2019,** I served the foregoing document: **NOTICE OF DISMISSAL OF CROSS-CLAIM OF BIPIN GALA, NAINA GALA AND SUNG BOK CHOI PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c).**

[X] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

Phyl Grace, Esq.<br>
Center For Disability Access<br>
P.O. Box 262490<br>
San Diego, CA 92196-2490

**[X] (BY MAIL)** I caused such envelope to be deposited in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **(BY ELECTRONIC MAIL)** I caused such envelope to be delivered via electronic mail transmission to the addressee listed above.

**Executed on July 24, 2019 at Santa Ana, California.**

[X] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_/s/ Vanessa Redfern_<br>
Vanessa Redfern, Declarant