CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**,<br><br>       Plaintiff,<br><br>    v.<br><br>**Bipin Gala;**<br>**Naina Gala**;<br>**Sung Bok Choi;** and Does 1-10,<br><br>       Defendants. | **Case No**. 2:19-cv-04703-VAP-MAA<br><br>**DECLARATION OF CHRISTOPHER A. SEABOCK IN RESPONSE TO THE COURT'S JULY 22, 2019 ORDER TO SHOW CAUSE** |

### CHRISTOPHER A. SEABOCK DECLARES:

1. I am licensed to practice law in the State of California and before this Court. I am an attorney for Plaintiff Rafael Arroyo, Jr. and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. On July 22, 2019, the Court issued an Order to Show Cause why Defendant Sung Bok Choi should not be dismissed for lack of prosecution, and sought either Defendant's answer or request to enter default by Plaintiff. Dkt. 15.

3. However, said defendant had already filed an Answer on July 1, 2019. Dkt. 10.

4. Therefore, Plaintiff requests the Court discharge this Order without issuing sanctions.

5. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

Dated: July 29, 2019   CENTER FOR DISABILITY ACCESS

By: /s/ Christopher A. Seabock
Christopher A. Seabock
Attorneys for Plaintiff